IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY SCOTT WELCH,

    Plaintiff,

v.                                                 CASE NO. 1:09-cv-00265-MP -GRJ

GREG ARLINE, BAKER CI, TOMMY BENTON, EVAN BROWN, BRIDGETTE
COACHMAN, CROSS CITY CI, DAVIS, PAUL DECKER, DEPT OF CORRECTIONS,
MARK FICKEN, MELODY FLORES, IVANSTER, D R JOHNSON, BILL MCCOLLUM,
WALTER MCNEIL, MISSELL, SGT NEELY, JACKLYN ORTIZ, GEORGE SAPP,
KATHLEEN VON HOENE, STACY WATSON,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendation of the Magistrate Judge. The Magistrate Judge has recommended this case be dismissed for failure to state a claim for relief pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff has not objected, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 30, is ADOPTED and incorporated herein.

2.     This complaint is DISMISSED for failure to state a claim for relief pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE AND ORDERED** this   *15th* day of December, 2010

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge